# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. *08CR 408-WQH* *08MJ 288* |
| vs. | ORDER |
| *RAMIREZ-LANDERO* | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District/~~Magistrate Judge, *Ruben B. Brooks*

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Dispo~~sed / Order of Court).

*Mario A. Duran-Cerrillo*

DATED: *2/19/08*

*Ruben B. Brooks*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED *[signature]*
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by *[signature]*

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082